## Profit & Loss - Date Range by Period

**01/01/2024 - 08/31/2024**

**Legal Entity: Culloo Entertainment LLC DBA NOTO**

|  | Period 1 | | Period 2 | | Period 3 | | Period 4 | | Period 5 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Other Income** | | | | | | | | | | |
| **Other Expenses** | | | | | | | | | | |
| **Total Other Expenses** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Total Other Income** | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Sales** | | | | | | | | | | |
| 4210 - Non Alcohol Concession Sales | 3,503 | 1.8% | 6,665 | 2.5% | 4,319 | 1.62% | 4,894 | 1.59% | 3,240 | 1.85% |
| 4310 - Food & Beverage Liquor | 142,756 | 73.43% | 197,247 | 73.94% | 193,992 | 72.58% | 209,064 | 68.02% | 130,318 | 74.3% |
| 4410 - Beer Concession Sales | 11,909 | 6.13% | 10,474 | 3.93% | 19,067 | 7.13% | 17,680 | 5.75% | 8,047 | 4.59% |
| 4510 - Wine Sales Concession | 9,071 | 4.67% | 11,738 | 4.4% | 10,364 | 3.88% | 8,345 | 2.72% | 6,952 | 3.96% |
| 4605 - Box Office Ticket Sales | 15,832 | 8.14% | 18,660 | 6.99% | 3,859 | 1.44% | 10,736 | 3.49% | 19,757 | 11.26% |
| 4725 - other non taxable sales | | | -0 | 0.0% | | | | | | |
| 4730 - Event -other Income | | | | | 27,250 | 10.2% | 36,201 | 11.78% | | |
| 4760 - Cover Charge Income | | | 814 | 0.31% | | | | | | |
| 4765 - Coat Check Income | 1,620 | 0.83% | 2,145 | 0.8% | 700 | 0.26% | 905 | 0.29% | | |
| 4785 - Service Charges on Concessions | 17,107 | 8.8% | 32,916 | 12.34% | 27,897 | 10.44% | 24,646 | 8.02% | 17,489 | 9.97% |
| 4800 - Comps & Discounts | -15,035 | -7.73% | -13,875 | -5.2% | -20,164 | -7.54% | -5,118 | -1.67% | -10,398 | -5.93% |
| 9345 - Other Income | 7,645 | 3.93% | | | | | | | | |
| **Total Sales** | **194,408** | 100.0% | **266,785** | 100.0% | **267,285** | 100.0% | **307,352** | 100.0% | **175,407** | 100.0% |
| **Prime Cost** | | | | | | | | | | |
| 5000 - Cost of Goods Sold | 27,876 | 14.34% | 41,566 | 15.58% | 19,270 | 7.21% | 39,264 | 12.78% | 23,134 | 13.19% |
| 5450 - DJ/Artist | 28,678 | 14.75% | 93,159 | 34.92% | 141,983 | 53.12% | 152,215 | 49.53% | 157,874 | 90.0% |
| 6000 - Labor Cost | 54,920 | 28.25% | 31,124 | 11.67% | 51,161 | 19.14% | 55,304 | 17.99% | 65,054 | 37.09% |
| **Total Prime Cost** | **111,475** | 57.34% | **165,850** | 62.17% | **212,415** | 79.47% | **246,783** | 80.29% | **246,062** | 140.28% |
| **Operating Expense** | | | | | | | | | | |
| 10000 - Suspense | -264,075 | -135.84% | 5,483 | 2.06% | -40,737 | -15.24% | 25,704 | 8.36% | 1,086 | 0.62% |
| 7100 - Direct Operating Expense | 26,832 | 13.8% | 24,665 | 9.25% | 32,282 | 12.08% | 17,975 | 5.85% | 14,880 | 8.48% |
| 7195 - cable internet | 200 | 0.1% | | | 200 | 0.08% | 200 | 0.07% | 200 | 0.11% |
| 7210 - Music and Entertainment | 450 | 0.23% | 2,175 | 0.82% | 225 | 0.08% | 2,225 | 0.72% | 1,400 | 0.8% |
| 7300 - Marketing - Advertising | 11,197 | 5.76% | 11,959 | 4.48% | 8,167 | 3.06% | 10,000 | 3.25% | 13,174 | 7.51% |

| | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 7400 - General and Administrative | 16,885 | 8.69% | 11,372 | 4.26% | 23,506 | 8.79% | 6,699 | 2.18% | 10,207 | 5.82% |
| 7605 - Repairs and Maintenance | | | 951 | 0.36% | | | 740 | 0.24% | 578 | 0.33% |
| 8105 - Occupancy Costs | 145,225 | 74.7% | 16,380 | 6.14% | 6,000 | 2.25% | 4,455 | 1.45% | 27,500 | 15.68% |
| **Total Operating Expense** | **-63,286** | **-32.55%** | **72,985** | **27.36%** | **29,643** | **11.09%** | **67,999** | **22.12%** | **69,024** | **39.35%** |
| **Non Controllable Expense** | | | | | | | | | | |
| 8200 - Equipment Rental | 1,885 | 0.97% | 2,010 | 0.75% | 651 | 0.24% | 681 | 0.22% | 2,479 | 1.41% |
| **Total Non Controllable Expense** | **1,885** | **0.97%** | **2,010** | **0.75%** | **651** | **0.24%** | **681** | **0.22%** | **2,479** | **1.41%** |
| **Corporate Overhead & Other** | | | | | | | | | | |
| 9000 - Corporate Overhead | 3,935 | 2.02% | 8,585 | 3.22% | 17,077 | 6.39% | 22,987 | 7.48% | 3,299 | 1.88% |
| 9205 - Interest Expense | 1 | 0.0% | 5 | 0.0% | 14 | 0.01% | 13 | 0.0% | 13 | 0.01% |
| **Total Corporate Overhead & Other** | **3,936** | **2.02%** | **8,590** | **3.22%** | **17,090** | **6.39%** | **23,000** | **7.48%** | **3,312** | **1.89%** |
| **Income Tax** | | | | | | | | | | |
| 9505 - Federal and State Income Tax | | | | | 3,000 | 1.12% | | | | |
| **Total Income Tax** | **0** | **0.0%** | **0** | **0.0%** | **3,000** | **1.12%** | **0** | **0.0%** | **0** | **0.0%** |
| **Net Profit** | **140,398** | **72.22%** | **17,351** | **6.5%** | **4,486** | **1.68%** | **-31,111** | **-10.12%** | **-145,470** | **-82.93%** |

| Period 6 | | Period 7 | | Period 8 | | Total | |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 8,343 | 2.4% | 2,548 | 1.55% | 8,121 | 2.27% | 41,633 | 2.0% |
| 270,540 | 77.91% | 119,060 | 72.28% | 278,945 | 77.8% | 1,541,923 | 74.07% |
| 16,424 | 4.73% | 10,052 | 6.1% | 13,022 | 3.63% | 106,676 | 5.12% |
| 18,462 | 5.32% | 7,898 | 4.8% | 12,654 | 3.53% | 85,485 | 4.11% |
| 28,473 | 8.2% | 14,012 | 8.51% | 6,969 | 1.94% | 118,299 | 5.68% |
| 100 | 0.03% | | | -91 | -0.03% | 9 | 0.0% |
| 3,285 | 0.95% | 6,005 | 3.65% | 2,015 | 0.56% | 74,756 | 3.59% |
| | | | | 3,572 | 1.0% | 4,386 | 0.21% |
| | | | | | | 5,370 | 0.26% |
| 44,305 | 12.76% | 13,776 | 8.36% | 44,372 | 12.38% | 222,508 | 10.69% |
| -42,695 | -12.3% | -8,627 | -5.24% | -11,024 | -3.07% | -126,936 | -6.1% |
| | | | | | | 7,645 | 0.37% |
| **347,238** | **100.0%** | **164,724** | **100.0%** | **358,555** | **100.0%** | **2,081,753** | **100.0%** |
| 50,720 | 14.61% | 52,107 | 31.63% | 46,283 | 12.91% | 300,220 | 14.42% |
| 228,629 | 65.84% | -14,822 | -9.0% | 5,987 | 1.67% | 793,703 | 38.13% |
| 58,845 | 16.95% | 57,577 | 34.95% | 50,995 | 14.22% | 424,980 | 20.41% |
| **338,193** | **97.4%** | **94,862** | **57.59%** | **103,265** | **28.8%** | **1,518,904** | **72.96%** |
| 58,200 | 16.76% | -2,389 | -1.45% | 36,526 | 10.19% | -180,202 | -8.66% |
| 26,757 | 7.71% | 12,970 | 7.87% | 40,247 | 11.23% | 196,608 | 9.44% |
| 200 | 0.06% | 200 | 0.12% | 400 | 0.11% | 1,600 | 0.08% |
| 11,325 | 3.26% | 6,500 | 3.95% | | | 24,300 | 1.17% |
| 9,789 | 2.82% | 7,563 | 4.59% | 8,065 | 2.25% | 79,914 | 3.84% |

| | | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 10,270 | 2.96% | 9,301 | 5.65% | 42,063 | 11.73% | 130,304 | 6.26% |
| 801 | 0.23% | | | | | 3,069 | 0.15% |
| 4,280 | 1.23% | 24,300 | 14.75% | 4,500 | 1.26% | 232,640 | 11.18% |
| **121,622** | **35.03%** | **58,446** | **35.48%** | **131,800** | **36.76%** | **488,234** | **23.45%** |
| | | | | | | | |
| 895 | 0.26% | 636 | 0.39% | 896 | 0.25% | 10,133 | 0.49% |
| **895** | **0.26%** | **636** | **0.39%** | **896** | **0.25%** | **10,133** | **0.49%** |
| | | | | | | | |
| -17,085 | -4.92% | 34,664 | 21.04% | 4,686 | 1.31% | 78,146 | 3.75% |
| 7 | 0.0% | 11 | 0.01% | 14 | 0.0% | 78 | 0.0% |
| **-17,077** | **-4.92%** | **34,674** | **21.05%** | **4,699** | **1.31%** | **78,224** | **3.76%** |
| | | | | | | | |
| | | | | | | 3,000 | 0.14% |
| **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** | **3,000** | **0.14%** |
| **-96,396** | **-27.76%** | **-23,895** | **-14.51%** | **117,895** | **32.88%** | **-16,743** | **-0.8%** |