**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                     12/17

Month: _____                                    Date report filed: _____
                                                                          MM / DD / YYYY
Line of business: _____     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## ▌ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____   Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?   ☐   ☐   ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   − $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.   + $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**   $ _____

*(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                    _____

27. What is the number of employees as of the date of this monthly report?                                        _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                       $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?         $ _____

30. How much have you paid this month in other professional fees?                                                 $ _____

31. How much have you paid in total other professional fees since filing the case?                                $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **–** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **–** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                                                    $ _____

36. Total projected cash disbursements for the next month:                                            **-** $ _____

37. Total projected net cash flow for the next month:                                                 **=** $ _____

Debtor Name _____      Case number_____

## ▮ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**<u>Exhibit A</u>**

$55,677.75 is owed to The Meritis Group LLC for October rent. To the best of our knowledge, information, and belief, all other bills have been paid on time.

**Exhibit B:**

Answers to the following questions are completed to the best of our knowledge, information, and belief. Best efforts were made in producing these responses.

10. There were two bank accounts at Bank of America in October, both with $0 balances.

12. All assets sold and services provided by the business were done only in the ordinary course of business.

15. Best efforts were made to provide a list of these expenses–please see documents.

17. Yes, the bills we owed before filing for bankruptcy that were paid after the filing include:
   ● Payroll payments for the pay period covering 9/16/24-9/29/24
   ● Consulting services for services rendered prior to filing for bankruptcy

18. The following checks issued before filing for bankruptcy cleared the account after filing for bankruptcy:
   ● Several payroll checks for pay periods prior to the bankruptcy filing
   ● Several checks for consulting services rendered prior to the bankruptcy filing and issued in September 2024
   ● A check paying a credit card balance for August and September 2024
   ● A check for extermination services issued in September 2024
   ● A re-issued check for July 2024 trash removal services
   ● A check for August 2024 trash removal services
   ● Two checks for internet services issued in September 2024
   ● A check to the City of Philadelphia issued in September 2024
   ● A check for the monthly dishwasher rental payment issued in September 2024
   ● Several checks for equipment rentals issued in September 2024
   ● A bill for products sold in the ordinary course of business that was issued in September 2024
   ● A reimbursement check to a staff member issued in Septmber 2024

**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000001135 |
| **Post date:** | 10/07/2024 |
| **Amount:** | -1,692.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



Online Banking

**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001177 |
| **Post date:** | 10/15/2024 |
| **Amount:** | –1,692.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

**Check number:**   00000001198

**Post date:**   10/21/2024

**Amount:**   -1,692.00

**Type:**   Check

**Description:**   Check

**Merchant name:**   Check
?

**Merchant information:**

**Transaction category:**   Cash, Checks & Misc: Checks



Online Banking

**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

|  |  |
|---:|:---|
| **Check number:** | 00000001232 |
| **Post date:** | 10/28/2024 |
| **Amount:** | -1,692.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | E |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000001240 |
| **Post date:** | 11/04/2024 |
| **Amount:** | –2,538.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Bank of America**                                                                              Online Banking

**General: Account Activity Transaction Details**

|  |  |
|---|---|
| **Check number:** | 00000002222 |
| **Post date:** | 10/15/2024 |
| **Amount:** | -2,496.48 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**General: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000002244 |
| **Post date:** | 11/04/2024 |
| **Amount:** | –1,364.27 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001142 |
| **Post date:** | 10/11/2024 |
| **Amount:** | -4,032.50 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | IL |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

|  |  |
|---|---|
| **Check number:** | 00000001234 |
| **Post date:** | 10/28/2024 |
| **Amount:** | -4,901.25 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



Online Banking

**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

**Check number:**  00000001126

**Post date:**  10/04/2024

**Amount:**  –5,581.50

**Type:**  Check

**Description:**  Check

**Merchant name:**  Check

**Merchant information:**

**Transaction category:**  Cash, Checks & Misc: Checks



Online Banking

**Business Adv Fundamentals – 4907: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001179 |
| **Post date:** | 10/18/2024 |
| **Amount:** | –3,235.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**[Print this Page](#)**

**Transfer status: In Process**
**Order number:517802878**

### Transfer Accounts

|  |  |
|---|---|
| **From:** | Business Adv Fundamentals - 4907 |
| **To**: | Promoe Entertainment LLC (PNC Bank) |

### Transfer Details

**Send amount**

|  |  |
|---|---|
| Send amount: | $17,500.00 |
| Additional fee: | $30.00 |

**Transfer description**

**Transfer dates**

|  |  |
|---|---|
| Frequency: | One time, immediately |
| Delivery speed: | Same Day |
| Start on date: | 10/25/2024 |
| Estimated delivery date: | 10/25/2024 |

**Note**:The receiving bank may make funds available later
than this.

**[Print this Page](#)**

**Transfer status: In Process**
**Order number:518275922**

### Transfer Accounts

**From**:   Business Adv Fundamentals - 4907

**To**:   Promoe Entertainment LLC (PNC Bank)

### Transfer Details

**Send amount**

Send amount:  $5,000.00

Additional fee:  $30.00

**Transfer description**

**Transfer dates**

Frequency:  One time, immediately

Delivery speed:  Same Day

Start on date:  10/29/2024

Estimated delivery date:  10/29/2024
**Note**:The receiving bank may make funds available later than this.

**[Print this Page](#)**

**Transfer status: In Process**
**Order number:518727982**

### Transfer Accounts

    **From:**  Business Adv Fundamentals - 4907

    **To**:  Promoe Entertainment LLC (PNC Bank)

### Transfer Details

**Send amount**

    Send amount:  $14,446.60

    Additional fee:  $30.00

**Transfer description**

**Transfer dates**

    Frequency:  One time, immediately

    Delivery speed:  Same Day

    Start on date:  10/31/2024

    Estimated delivery date:  10/31/2024
    **Note**:The receiving bank may make funds available later
than this.

**Exhibit C**

The following was completed to the best of our knowledge, information, and belief. Best efforts were made in producing this list.

| Date | Amount |
|------|--------|
| 10/2/24 | $ 2,442.79 |
| 10/4/24 | $ 1,550.00 |
| 10/4/24 | $ 300.00 |
| 10/4/24 | $ 35.00 |
| 10/5/24 | $ 12,102.73 |
| 10/6/24 | $ 9,570.97 |
| 10/7/24 | $ 17,500.00 |
| 10/7/24 | $ 5,446.00 |
| 10/9/24 | $ 1,166.90 |
| 10/10/24 | $ 3,500.00 |
| 10/12/24 | $ 2,781.27 |
| 10/13/24 | $ 13,810.35 |
| 10/14/24 | $ 14,598.45 |
| 10/15/24 | $ 7,446.00 |
| 10/16/24 | $ 1,575.00 |
| 10/18/24 | $ 450.00 |
| 10/20/24 | $ 9,284.79 |
| 10/21/24 | $ 15,908.92 |
| 10/21/24 | $ 7,482.00 |
| 10/24/24 | $ 10,000.00 |
| 10/24/24 | $ 1,438.50 |
| 10/24/24 | $ 650.00 |
| 10/24/24 | $ 200.00 |

| | | |
|---|---|---|
| 10/25/24 | $ | 4,750.00 |
| 10/26/24 | $ | 4,728.53 |
| 10/27/24 | $ | 26,779.40 |
| 10/28/24 | $ | 13,095.42 |
| 10/28/24 | $ | 16,707.00 |
| 10/28/24 | $ | 2,500.00 |
| 10/28/24 | $ | 520.00 |
| 10/30/24 | $ | 9,455.35 |
| 10/31/24 | $ | 30,467.99 |
| 10/31/24 | $ | 12,099.00 |
| **TOTAL** | **$** | **260,342.36** |

**Exhibit D**

The following was completed to the best of our knowledge, information, and belief. Best efforts were made in producing this list.

| Date | Payee | Purpose | Amount ($) |
|------|-------|---------|------------|
| 10/1/24 | Hypemakerz LLC | Equipment Rental | 650.00 |
| 10/1/24 | Carbon Copy | Business expense | 1,750.00 |
| 10/1/24 | City of Philadelphia | Bill | 29.31 |
| 10/2/24 | Tablelist Inc | Table Reservation Monthly Fee | 229.00 |
| 10/2/24 | KLYR Rum LLC | Business expense | 340.20 |
| 10/2/24 | KLYR Rum LLC | Business expense | 683.73 |
| 10/2/24 | Area Presents LLC | Consulting Fee | 2,192.00 |
| 10/3/24 | TERMAC | Equipment Rental | 453.60 |
| 10/4/24 | USPS | Office Expense | 33.05 |
| 10/4/24 | Western Pest services | Extermination Services | 428.20 |
| 10/4/24 | Promoe Entertainment LLC | Business expense | 5,581.50 |
| 10/4/24 | Brandi Gaymon | Payroll | 1,719.73 |
| 10/5/24 | Toast | Processing Fees | 423.75 |

| 10/6/24 | Toast | Processing Fees | 181.31 |
| 10/7/24 | Karleys Rentals | Event equipment rental | 374.40 |
| 10/7/24 | Grasshopper | Phone Bill | 20.82 |
| 10/7/24 | Shannon Anaya | Payroll | 95.15 |
| 10/7/24 | Shannon Anaya | Payroll | 278.44 |
| 10/7/24 | Anthony Grazulis | Payroll | 647.93 |
| 10/7/24 | Jasmine Miele | Payroll | 757.22 |
| 10/7/24 | Francisco Lopez | Payroll | 384.59 |
| 10/7/24 | Craig Lyttleton | Commission | 102.00 |
| 10/7/24 | Harrison Delgado | Payroll | 482.73 |
| 10/7/24 | D24K Productions | Equipment Rental | 100.00 |
| 10/7/24 | Area Presents LLC | Consulting Fee | 1,692.00 |
| 10/7/24 | Angel Perez | Maintenance | 500.00 |
| 10/7/24 | Harrison Delgado | Payroll | 2,479.68 |
| 10/7/24 | Tamia Carter | Payroll | 243.45 |
| 10/7/24 | Evelys Rios | Payroll | 1,348.00 |

| 10/7/24 | Christopher Mills | Payroll | 191.40 |
|---------|-------------------|---------|--------|
| 10/7/24 | Jacob Eranackle | Payroll | 279.20 |
| 10/7/24 | Francisco Lopez | Payroll | 132.00 |
| 10/8/24 | Major Artist Concerts LLC | Artist booking fee | 20,000.00 |
| 10/8/24 | ADP LLC | Payroll Tax | 3,060.76 |
| 10/8/24 | NV Concepts Unlimited Inc | Consulting Fee | 6,000.00 |
| 10/8/24 | Liberty event rental | Event equipment rental | 584.01 |
| 10/8/24 | PNC Bank | Credit Card Bill | 430.05 |
| 10/8/24 | Dean Renner | Payroll | 873.43 |
| 10/8/24 | Ashley Melendez | Payroll | 465.66 |
| 10/8/24 | Robert DiDomenico | Payroll | 541.00 |
| 10/9/24 | Commonwealth of PA | Tax | 635.15 |
| 10/10/24 | Major Artist Concerts LLC | Artist booking fee | 5,000.00 |
| 10/10/24 | USPS | Office Expense | 51.65 |
| 10/10/24 | Philly Wisper | Internet Service | 200.00 |
| 10/10/24 | Jason rock | Reimbursement | 144.12 |

| 10/11/24 | Staples | Office Expense | 55.11 |
|---|---|---|---|
| 10/11/24 | Zavier Harp | Payroll | 667.65 |
| 10/11/24 | Bell Beverage | Beverage purchase for resale | 559.25 |
| 10/11/24 | KLYR Rum LLC | Business expense | 547.56 |
| 10/11/24 | Promoe Entertainment LLC | Business expense | 1,641.54 |
| 10/11/24 | Harrison Delgado | Supply Reimbursement | 92.34 |
| 10/11/24 | Conglomerate Protection | Security Services | 4,032.50 |
| 10/11/24 | Jayce Mills | Payroll | 987.70 |
| 10/11/24 | Blake Salzman | Payroll | 194.48 |
| 10/11/24 | Brianna Sup | Payroll | 763.04 |
| 10/11/24 | Jason Rock | Payroll | 750.00 |
| 10/11/24 | Harrison Delgado | Payroll | 427.08 |
| 10/12/24 | Toast | Processing Fees | 44.34 |
| 10/13/24 | Toast | Processing Fees | 330.10 |
| 10/14/24 | Toast | Processing Fees | 266.86 |
| 10/15/24 | Pennsylvania Welding | Business expense | 297.90 |

| | | | |
|---|---|---|---|
| 10/15/24 | Pennsylvania Welding | Business expense | 239.84 |
| 10/15/24 | Facebook | Advertising | 501.39 |
| 10/15/24 | Staples | Office Expense | 50.79 |
| 10/15/24 | Staples | Office Expense | 41.93 |
| 10/15/24 | Amanda Cardinal | Payroll | 812.10 |
| 10/15/24 | Amanda Cardinal | Payroll | 175.37 |
| 10/15/24 | Darious Elliot | Supply Reimbursement | 295.00 |
| 10/15/24 | John Maisey | Payroll | 693.00 |
| 10/15/24 | Steve Norris | Payroll | 516.78 |
| 10/15/24 | Amanda Cardinal | Payroll | 457.56 |
| 10/15/24 | Sierra Spiegel | Payroll | 1,412.48 |
| 10/15/24 | Sally Wong | Payroll | 790.33 |
| 10/15/24 | Darious Elliot | Payroll | 2,250.00 |
| 10/15/24 | Paulina Mikulska | Consulting | 852.90 |
| 10/15/24 | Salvatore Vitale | Payroll | 1,128.28 |
| 10/15/24 | Sarah Gov | Payroll | 606.22 |

| | | | |
|---|---|---|---|
| 10/15/24 | Matthew Vanaman | Payroll | 991.66 |
| 10/15/24 | Rdahmir Barfield | Payroll | 267.02 |
| 10/15/24 | Harrison Delgado | Payroll | 1,599.73 |
| 10/15/24 | Area Presents LLC | Consulting Fee | 1,692.00 |
| 10/15/24 | Angel Perez | Maintenance | 500.00 |
| 10/15/24 | Jennifer Hester CPA | Accounting | 1,000.00 |
| 10/16/24 | USPS | Office Expense | 9.68 |
| 10/16/24 | Harrison Delgado | Supply Reimbursement | 815.79 |
| 10/17/24 | JR's Hauling and Recycling | July Trash Services--Check reissue | 580.00 |
| 10/17/24 | JR's Hauling and Recycling | August Trash Services | 580.00 |
| 10/17/24 | Dennis nelson | Payroll | 1,061.23 |
| 10/17/24 | Brandi Gaymon | Payroll | 1,719.73 |
| 10/18/24 | Bell Beverage | Beverage purchase for resale | 408.25 |
| 10/18/24 | Promoe Entertainment LLC | Business expense | 3,325.00 |
| 10/18/24 | Promoe Entertainment LLC | Business expense | 735.00 |
| 10/18/24 | Jasmine Miele | Payroll | 529.63 |

| 10/18/24 | Robert DiDomenico | Payroll | 973.08 |
|---|---|---|---|
| 10/20/24 | Toast | Processing Fees | 167.30 |
| 10/21/24 | ADP LLC | Payroll Tax | 6,633.90 |
| 10/21/24 | Origlio Beverage | Beverage purchase for resale | 1,135.39 |
| 10/21/24 | Facebook | Advertising | 500.00 |
| 10/21/24 | Angelina Delgado | Payroll | 915.71 |
| 10/21/24 | Brianna reyes | Payroll | 457.55 |
| 10/21/24 | Tamia Carter | Payroll | 54.06 |
| 10/21/24 | Angelina Delgado | Payroll | 435.89 |
| 10/21/24 | Anthony Grazulis | Payroll | 474.41 |
| 10/21/24 | Area Presents LLC | Consulting Fee | 1,692.00 |
| 10/21/24 | Zavier Harp | Payroll | 494.87 |
| 10/21/24 | Francisco Lopez | Payroll | 127.05 |
| 10/21/24 | Brittany Pildher | Payroll | 200.00 |
| 10/21/24 | Dean Renner | Payroll | 562.13 |
| 10/21/24 | Evelys Rios | Payroll | 505.84 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/21/24 | Sierra Spiegel | Payroll | 346.60 |
| 10/21/24 | Angel Perez | Maintenance | 500.00 |
| 10/21/24 | Christopher Mills | Payroll | 873.50 |
| 10/21/24 | Jacob Eranackle | Payroll | 278.18 |
| 10/21/24 | Salvatore Vitale | Payroll | 349.52 |
| 10/21/24 | Matthew Vanaman | Payroll | 172.00 |
| 10/21/24 | Dahmir Barfield | Payroll | 218.84 |
| 10/21/24 | Toast | Processing Fees | 368.32 |
| 10/22/24 | Promoe Entertainment LLC | Business expense | 590.00 |
| 10/22/24 | Harrison Delgado | Payroll | 1,736.12 |
| 10/22/24 | Steve Norris | Payroll | 468.50 |
| 10/23/24 | The Gongaware Group LLC | Artist booking fee | 10,750.00 |
| 10/23/24 | Facebook | Advertising | 500.00 |
| 10/23/24 | Delaware County Linens | Linen Fee | 361.52 |
| 10/23/24 | Delaware County Linens | Linen Fee | 355.38 |
| 10/23/24 | Jayce Mills | Payroll | 466.21 |

| 10/24/24 | CAA | Artist booking fee | 10,300.00 |
|---|---|---|---|
| 10/24/24 | Philadelphia Department of Revenue | Tax | 1,908.63 |
| 10/24/24 | Philadelphia Department of Revenue | Tax | 879.00 |
| 10/24/24 | Facebook | Advertising | 7.30 |
| 10/24/24 | Gamburg & Benedetto LLC | Legal Fees | 7,500.00 |
| 10/24/24 | Jason rock | Payroll | 225.00 |
| 10/25/24 | Promoe Entertainment LLC | Business expense | 17,500.00 |
| 10/25/24 | The Hartford Financial Services | Insurance | 809.70 |
| 10/25/24 | Commonwealth of PA | Tax | 288.95 |
| 10/25/24 | Eliana's House Cleaning LLC | Cleaning Services | 702.00 |
| 10/25/24 | Pennsylvania Libations | Beverage purchase for resale | 481.50 |
| 10/25/24 | Harrison Delgado | Supply Reimbursement | 200.05 |
| 10/25/24 | Promoe Entertainment LLC | Business expense | 2,425.35 |
| 10/25/24 | Ashley Melendez | Payroll | 697.77 |
| 10/25/24 | Dennis Nelson | Payroll | 167.11 |
| 10/25/24 | Bianca Sup | Payroll | 287.68 |

| | | | |
|---|---|---|---|
| 10/26/24 | Toast | Processing Fees | 90.78 |
| 10/27/24 | Toast | Processing Fees | 467.20 |
| 10/28/24 | Pennsylvania Welding | Business expense | 490.96 |
| 10/28/24 | Brenda Evangelista | Payroll | 945.63 |
| 10/28/24 | Shannon Anaya | Payroll | 116.83 |
| 10/28/24 | Angel Perez | Maintenance | 400.00 |
| 10/28/24 | Area Presents LLC | Consulting Fee | 1,692.00 |
| 10/28/24 | Conglomerate Protection | Security Services | 4,901.25 |
| 10/28/24 | Moises Cruz | Commission | 150.00 |
| 10/28/24 | Toast | Processing Fees | 251.90 |
| 10/29/24 | NV Concepts Unlimited Inc | Consulting Fee | 6,500.00 |
| 10/29/24 | Penn Beer | Beverage purchase for resale | 434.54 |
| 10/29/24 | Gamburg & Benedetto LLC | Legal Fees | 7,000.00 |
| 10/29/24 | Philly Wisper | Internet Service | 200.00 |
| 10/29/24 | City of Philadelphia | Bill | 57.44 |
| 10/30/24 | Spin Artist Agency | Artist booking fee | 4,750.00 |

| 10/30/24 | Philadelphia Department of Revenue | Tax | 38.88 |
|---|---|---|---|
| 10/30/24 | USPS | Office Expense | 51.65 |
| 10/30/24 | Darious Elliot | Payroll | 1,125.00 |
| 10/30/24 | Yost Electic and Supply | Alarm Service | 53.50 |
| 10/30/24 | Tyler Wimert | Artist booking fee | 300.00 |
| 10/30/24 | Eliana's House Cleaning LLC | Cleaning Services | 702.00 |
| 10/30/24 | Darious Elliot | Payroll | 1,525.00 |
| 10/30/24 | Harrison Delgado | Payroll | 1,211.86 |
| 10/31/24 | Promoe Entertainment LLC | Business expense | 14,446.60 |
| 10/31/24 | John Maisey | Payroll | 154.73 |
| 10/31/24 | Paulina Mikulska | Consulting Fee | 375.00 |
| 10/31/24 | Toast | Processing Fees | 576.67 |
| 10/31/24 | Conglomerate Protection | Security Services | 615.00 |
| **TOTAL** | | | **$228,754.69** |

**<u>Exhibit E</u>**

The following is completed to the best of our knowledge, information, and belief. Best efforts were made in producing this list.

| Date Debt Incurred | Who Is Owed | Amount | Purpose of Debt | When Debt is Due |
|---|---|---|---|---|
| 10/1-10/31/2024 | City of Philadelphia Department of Revenue; Commonwealth of Pennsylvania | $5,285.28 | Monthly Operating Taxes | November 2024 |
| 10/1-10/31/2024 | City of Philadelphia Department of Revenue | $1719 | Use and Occupancy Taxes | November 2024 |
| 10/1-10/31/2024 | The Meritis Group LLC | $55,677.75 | Rent | October 2024 |

**<u>Exhibit F</u>**

To the best of our knowledge, information, and belief, no amounts are owed by Culloo's customers for work Culloo has done or merchandise it has sold as of 10/31/2024.