**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Culloo Entertainment LLC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **2:24-bk-13553** |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Ocean First Bank** | **Checking** | **0310** | **$1,243.17** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $1,243.17

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Culloo Entertainment LLC.** | Case number (If known) **2:24-bk-13553** |
|---|---|---|
| | Name | |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** <br> Liquor Inventory | | $0.00 | Replacement | $20,000.00 |
| PLCB Liquor License No. R7650 | | $0.00 | Comparable sale | $170,000.00 |

**23. Total of Part 5.** $190,000.00
Add lines 19 through 22.   Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | Culloo Entertainment LLC. | Case number (If known) | 2:24-bk-13553 |
|---|---|---|---|
| | Name | | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|   |   | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Promissory Note issued by Gaurvjit Singh in the amount of $149,000. Uncollectable - statute of limitations expired November 2023.**  0.00 Total face amount  -  0.00 doubtful or uncollectible amount  = | $0.00 |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  **Culloo Entertainment LLC.**  Case number *(If known)* **2:24-bk-13553**
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,243.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $190,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $191,243.17 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $191,243.17 |

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Culloo Entertainment LLC.**            Case No. **2:24-bk-13553**
Debtor(s)            Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of ____ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 10, 2024**            Signature **/s/ James De Berardine**
**James De Berardine**
**Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Culloo Entertainment LLC.** | Case No. | **2:24-bk-13553** |
| | Debtor(s) | Chapter | **11** |

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **December 10, 2024**

**/s/ Joseph Rutala**
**Joseph Rutala**
Attorney for Debtor(s)
**RUTALA LAW GROUP, PLLC**
**1500 JFK BLVD., SUITE 1203**
**Philadelphia, PA 19102**
**(215) 360-3969  Fax:**
**joe@rutala.com**

**Fill in this information to identify the case:**

Debtor name: **Culloo Entertainment LLC.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **2:24-bk-13553**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ADP**<br>**1301 Virginia Dr**<br>**Fort Washington, PA 19034**<br>**Fort Washington, PA 19034** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,378.79** |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit card purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Conglomerate Protection**<br>**1650 Market St**<br><br>**Philadelphia, PA 19103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Delaware County Linens**<br>**2626 W 4th St, Chester, PA 19013**<br>**Chester, PA 19013** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Culloo Entertainment LLC. | Case number (if known) | 2:24-bk-13553 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Grasshopper**<br>**333 Summer St.**<br>**Boston, MA 02210** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Hypemakerz LLC**<br>**2040 Grant Street**<br><br>**Hollywood, FL 33020** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**JR's Hauling & Recycling**<br>**249 Cowbell Rd**<br><br>**Willow Grove, PA 19090** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Meritis Group LLC**<br>**1209 Vine Street**<br>**Philadelphia, PA 19107** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Peco Energy Company**<br>**PO Box 37629**<br>**Philadelphia, PA 19101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Philly Wisper**<br>**P.O. Box 3798, Philadelphia PA 19125**<br>**Philadelphia, PA 19125** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**PNC Bank**<br>**PNC Bank**<br><br>**Philadelphia, PA 19176** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500,000.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **7800** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Culloo Entertainment LLC. | Case number (if known) | 2:24-bk-13553 |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$159,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Termac**<br>**7330 Tulip St.**<br>**Philadelphia, PA 19136** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**The Hartford Financial**<br>**1515 Market St Ste 1802**<br>**Philadelphia, PA 19102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Toast**<br>**333 Summer Street**<br>**Boston, MA 02210**<br>**Boston, MA 02210** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Western Pest Services**<br>**3310 West Chester Pike**<br>**Newtown Square, PA 19073** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 674,378.79 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 674,378.79 |

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Culloo Entertainment LLC.**　　　　　　　　　　　Case No.  **2:24-bk-13553**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 10, 2024**　　　　　　**/s/ James De Berardine**
　　　　　　　　　　　　　　　　　　　　**James De Berardine**/**Manager**
　　　　　　　　　　　　　　　　　　　　Signer/Title

```
ADP
1301 Virginia Dr
Fort Washington, PA 19034
Fort Washington, PA 19034


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Brayden Massie
C/O Tom Moribondo
Two Penn Center Suite 1205
Philadelphia, PA 19102


Conglomerate Protection
1650 Market St
Philadelphia, PA 19103


Delaware County Linens
2626 W 4th St, Chester, PA 19013
Chester, PA 19013


Grasshopper
333 Summer St.
Boston, MA 02210


Hypemakerz LLC
2040 Grant Street
Hollywood, FL 33020


JR's Hauling & Recycling
249 Cowbell Rd
Willow Grove, PA 19090


Meritis Group LLC
1209 Vine Street
Philadelphia, PA 19107


Peco Energy Company
PO Box 37629
Philadelphia, PA 19101


Philly Wisper
P.O. Box 3798, Philadelphia PA 19125
Philadelphia, PA 19125


PNC Bank
PNC Bank
Philadelphia, PA 19176


SBA
PO Box 3918
Portland, OR 97208
```

```
Termac
7330 Tulip St.
Philadelphia, PA 19136


The Hartford Financial
1515 Market St Ste 1802
Philadelphia, PA 19102


Toast
333 Summer Street
Boston, MA 02210
Boston, MA 02210


Western Pest Services
3310 West Chester Pike
Newtown Square, PA 19073
```