IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| Culloo Entertainment LLC, | Case No. 24-13553 (AMC) |
| Debtor. | |

**ORDER GRANTING MOTION OF BRAYDEN MASSIE
TO APPOINT A CHAPTER 11 TRUSTEE**

UPON CONSIDERATION of the Motion of Brayden Massie ("Movant") to Convert Culloo Entertainment LLC's (the "Debtor") Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or in the Alternative Appoint a Chapter 11 Trustee (the "Motion"); and any response there; and for good cause shown; and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby

ORDERED that Movant's motion is GRANTED; and it is further

ORDERED that the United States Trustee shall immediately appoint a chapter 11 trustee in this case.

Dated: January _____, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge

1