# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| CULLOO ENTERTAINMENT LLC, | : |
| | : Case No. 24-13553-AMC |
| Debtor. | : |
| | : |

**ORDER**

**AND NOW**, this ___ day of _____, 202__, upon consideration of *Blank Rome LLP's Objection to Debtor's Motion to Dismiss Chapter 11 Case* (the "<u>Objection</u>"),[1] and any response thereto, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion to Dismiss is **DENIED** and the Debtor's chapter 11 case shall be immediately converted to chapter 7.

_____
HON. ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Capitalized terms used, but not defined herein have the meanings ascribed to them in the Objection.

151562870