## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 24, 2024, a true and correct copy of *Blank Rome LLP's Objection to Debtor's Motion to Dismiss Chapter 11 Case* was filed via the Court's ECF/CM system, which will provide electronic notice to the persons registered to receive such electronic notifications in this case.

          */s/ Matthew E. Kaslow*
          Matthew E. Kaslow

151562870