# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Culloo Entertainment LLC, | Case No. 24-13553 (AMC) |
| Debtor. | |

## CERTIFICATE OF SERVICE

      I, Thomas D. Bielli, Attorney for Brayden Massie, certify that on January 6, 2025 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1 – *Creditor Brayden Massie's Motion for an Order Authorizing the Production of Documents by Promoe Entertainment, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1;*
2 – *Proposed Order Granting Creditor Brayden Massie's Motion for an Order Authorizing the Production of Documents by Promoe Entertainment, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1; and*
3 - *Notice of Motion, Response Deadline and In-Person Hearing Date*

      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 6, 2025                                */s/ Thomas D. Bielli*
                                                    Thomas D. Bielli, Esq. (Attorney ID 202100)
                                                    **BIELLI & KLAUDER, LLC**
                                                    1905 Spruce Street
                                                    Philadelphia, PA 19103
                                                    Phone : (215) 642-8271
                                                    tbielli@bk-legal.com

---

**MAILING LIST EXHIBIT:** (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| | |
|---|---|
| Name: | Kacie Cartwright, Esq. |
| Address: | Robert N.C. Nix Federal Building |
| | 900 Market Street, Suite 320, Philadelphia, PA 19107 |
| Phone: | 202-631-5527 |
| E-mail: | kacie.cartwright@usdoj.gov |

Relationship to Party: *Office of United States Trustee*

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:  ☐ Other:

Name: Holly Smith Miller, Esq.
Gellert Seitz Busenkell & Brown LLC
Address: 901 Market Street, Suite 3020, Philadelphia, PA 19107
Phone: 215-238-0012
E-mail: hsmith@gsbblaw.com
Relationship to Party: *Subchapter V Trustee*

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Name: Donald Benedetto, Esq.
Gamburg & Benedetto, LLC
Address: 1500 John F. Kennedy Blvd., Suite 1203, Philadelphia PA 19102
Phone: 215-567-1486
E-mail: don@gamburglaw.com
Relationship to Party: *Former Proposed Counsel to Debtor*

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Name: Joseph Rutala, Esq.
Rutala Law Group, PLLC
Address: 1500 John F. Kennedy Blvd., Suite 1203, Philadelphia, PA 19102
Phone: 856-305-4908
E-mail: joe@rutala.com
Relationship to Party: *Former Proposed Counsel to Debtor*

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Name: Josh J.T. Byrne
Marshall Dennehey, P.C.
Address: 2000 Market Street, Suite 2300, Philadelphia, PA 19103
Phone: 215-575-2805
E-mail: jtbyrne@mdwcg.com
Relationship to Party: *Counsel to Nochumson, P.C.*

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

|  |  |
|---|---|
| Name: | Megan N. Harper, Esq. |
|  | The City of Philadelphia Law Department |
| Address: | 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| Phone: | 215-686-0503 |
| E-mail: | [Megan.Harper@phila.gov](mailto:Megan.Harper@phila.gov) |
| Relationship to Party: | *Counsel to City of Philadelphia* |

Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

|  |  |
|---|---|
| Name: | Promoe Entertainment, LLC |
|  | c/o United States Corporation Agents, Inc., Registered Agent |
| Address: | 1729 West Tilghman Street, Rear |
|  | Allentown, PA 18109 |
| Phone: |  |
| E-mail: |  |
| Relationship to Party: | *Interested Party* |

Via: ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other: