**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Culloo Entertainment LLC, | Case No. 24-13553 (AMC) |
| Debtor. | |

**ORDER GRANTING CREDITOR BRAYDEN MASSIE'S MOTION FOR AN ORDER
AUTHORIZING THE PRODUCTION OF DOCUMENTS BY PROMOE
ENTERTAINMENT, LLC PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2004-1**

AND NOW, this _____, day of _____, 2025, upon consideration of Creditor Brayden Massie's Motion for an Order Authorizing the Production of Documents by Promoe Entertainment, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 (the "Bankruptcy Rules") and Local Rule 2004-1(b)(3) (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Promoe Entertainment, LLC must produce the documents listed below pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure within five (5) days from the entry of this order:

1. Any and all written agreements between Debtor, Culloo Entertainment LLC and Promoe Entertainment, LLC, with all amendments;

2. Ledger of all payments by and between the Debtor, Culloo Entertainment LLC and Promoe Entertainment, LLC from January 1, 2023 through the date of the this request;

3. Any and all documents evidencing any debt owed by the Debtor, Culloo Entertainment LLC to Promoe Entertainment, LLC;

4. Any and all documents evidencing any debt owed by Promoe Entertainment, LLC to the Debtor, Culloo Entertainment LLC;

5.      Any and all documents evidencing any payments made on behalf of the Debtor, Culloo Entertainment LLC to Promoe Entertainment, LLC;

6.      Any and all documents evidencing any payments made by No Ordinary Hospitality Group, LLC to Promoe Entertainment, LLC from January 2023 through the date of this request; and

7.      Any and all written agreements between No Ordinary Hospitality Group, LLC and Promoe Entertainment, LLC, with all amendments.

Dated: January _____, 2025

**Date: January 30, 2025**

Honorable Ashely M. Chan
Chief United States Bankruptcy Judge