**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTIRCT OF PENNSYLVANIA**

| In re: | |
|---|---|
| Culloo Entertainment LLC, | CHAPTER 11 |
| Debtor. | Case No. 24-13553 (AMC) |

**<u>ORDER</u>**

AND NOW, this _____ day of February 2025, upon consideration of Debtor Culloo

Entertainment LLC's Renewed Motion to Dismiss under Section 305(a), or, Alternatively, under

Rule 9019 for Approval of Proposed Settlement (the "*Motion*"), and sufficient cause appearing

therefore, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      This action is DISMISSED under 11 U.S.C. § 305(a).


BY THE COURT:


_____

Honorable Ashley M. Chan


Dated: April _____, 2025

cc: Meritis Group LLC
1209 Vine Street
Philadelphia, PA 19107

Brayden Massie
c/o Thomas D. Bielli, Esq. & Angela L. Mastrangelo, Esq.
1905 Spruce St.
Philadelphia, PA 19103

Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

United States Trustee
Robert N.C. Nix Federal Building
33 South 9th Street, Suite 320
Philadelphia, PA 19107