# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTIRCT OF PENNSYLVANIA

| In re: | CHAPTER 11 |
| --- | --- |
| Culloo Entertainment LLC, | |
| Debtor. | Case No. 24-13553 (AMC) |

## ORDER

AND NOW, this _____ day of February 2025, upon consideration of Debtor Culloo Entertainment LLC's Renewed Motion to Dismiss under Section 305(a), or, Alternatively, under Rule 9019 for Approval of Proposed Settlement (the "*Motion*"), and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtor may enter into the proposed settlement agreement attached as Exhibit A to the Motion.

BY THE COURT:

_____
Honorable Ashley M. Chan

Dated: April _____, 2025

cc: Meritis Group LLC
1209 Vine Street
Philadelphia, PA 19107

Brayden Massie
c/o Thomas D. Bielli, Esq. & Angela L. Mastrangelo, Esq.
1905 Spruce St.
Philadelphia, PA 19103

United States Trustee
Robert N.C. Nix Federal Building
33 South 9th Street, Suite 320
Philadelphia, PA 19107

Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918