# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CULLOO ENTERTAINMENT LLC<br><br>*Debtor.* | Chapter 11<br><br>Case No. 24-13553 (AMC) |
| **COMBINED CERTIFICATE OF SERVICE AND NOTICE** ||

I, Daniel J. Auerbach, certify that, on January 29, 2025, I caused a true and correct copy of the documents described below to be served the parties listed on the Service List attached below and incorporated as if fully set forth herein, by the means indicated, with notice provided as indicated on the Notice attached to this filing:

1. Debtor Culloo Entertainment LLC's Renewed Motion to Dismiss under Section 305(a), or, Alternatively, under Rule 9019 for Approval of Proposed Settlement (the "*Motion*").

2. Two Proposed Orders re the Motion.

3. The Notice re the Motion

4. Exhibit A to the Motion ("Settlement Agreement / Assignment Terms").

                                            */s/ Daniel J. Auerbach*
                                            Daniel J. Auerbach (P.A. ID No. 316856)
                                            Auerbach PLLC
                                            241 South 6th Street, #1902B
                                            Philadelphia, PA 19106
                                            (215) 983-6966
                                            dan@auerbach.llc

                                            *Counsel to the Debtor*

Dated: February 18, 2025

# SERVICE LIST

The following will be served via CM/ECF:

| | |
|---|---|
| Kacie Cartwright, Esq.<br>Robert N.C. Nix Federal Building<br>33 South 9th Street, Suite 320<br>Philadelphia, PA 19107<br>kacie.cartwright@usdoj.gov<br><br>*Office of the United States Trustee* | Holly Smith Miller, Esq.<br>Gallert Seitz Busenkell & Brown LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>hsmith@gsbblaw.com<br><br>*Subchapter V Trustee* |
| Donald Benedetto, Esq.<br>Gamburg & Benedetto LLC<br>1500 John F. Kennedy Blvd., Suite 1203<br>Philadelphia, PA 19102<br>don@gamburglaw.com<br><br>*Former Proposed Counsel to Debtor* | Joseph Rutala, Esq.<br>Rutala Law Group PLLC<br>1500 John F. Kennedy Blvd., Suite 1203<br>Philadelphia, PA 19102<br>joe@rutala.com<br><br>*Former Proposed Counsel to Detor* |
| Josh J.T. Byrne, Esq.<br>Marshall Dennehey, P.C.<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>jtbyrne@mdwcg.com<br><br>*Counsel to Nochumson, P.C* | Megan N. Harper, Esq.<br>City of Philadelphia Law Department<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102<br>megan.harper@phila.gov<br><br>*Counsel to City of Philadelphia* |
| Thomas D. Bielli, Esq. & Angela L. Mastrangelo, Esq.<br>1905 Spruce St.<br>Philadelphia, PA 19103<br>tbielli@bk-legal.com<br>mastrangelo@bk-legal.com<br><br>*Counsel to Brayden Massie* | Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>john.lucian@blankrome.com<br>matt.kaslow@blankrome.com<br><br>*Counsel for Blank Rome LLP* |

– 3 –

The following parties were served via first-class. U.S. Mail:

| | |
|---|---|
| PNC Bank Retail Lending<br>P.O. Box 94982<br>Cleveland, OH 44101-498 | American Express National Bank<br>c/o Beckett and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Meritis Group<br>1209 Vine Street<br>Philadelphia, PA 19107 |
| Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Jeffrey P. Goodman, Esq.<br>Saltz Mongeluzzi Bendesky P.C.<br>1650 Market Street<br>52nd Floor<br>Philadelphia, PA 19103 |