# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Culloo Entertainment LLC<br><br>*Debtor.* | Chapter 11<br><br>Case No. 24-13553 (AMC) |
| **NOTICE OF RENEWED MOTION OF DEBTOR CULLOO ENTERTAINMENT LLC TO DISMISS UNDER SECTION 305(a), OR, ALTERNATIVELY, UNDER RULE 9019 FOR APPROVAL OF PROPOSED SETTLEMENT** | |

TO THE UNITED STATES TRUSTEE, CREDITORS, AND ALL PARTIES ON THE CLERK'S SERVICE LIST:

Debtor Culloo Entertainment LLC has filed a *Renewed Motion to Dismiss under Section 305(a), or, Alternatively, under Rule 9019 for Approval of Proposed Settlement* requesting either dismissal of this action or approval of a proposed settlement between the Debtor and creditor Brayden Massie.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 4, 2025** you or your attorney must do all of the following:

    (a) file an answer explaining your position at

        Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Auerbach PLLC
        241 South 6th Street, #1902B
        Philadelphia, PA 19106

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on **April 2, 2025 at 12:30 p.m.** in Courtroom 4 of the Robert N.C. Nix Federal Courthouse, which is located at 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by FED. R. BANKR. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

    */s/ Daniel J. Auerbach*
Daniel J. Auerbach (P.A. ID No. 316856)
Auerbach PLLC
241 South 6th Street, #1902B
Philadelphia, PA 19106
(215) 983-6966
dan@auerbach.llc

*Counsel to the Debtor*

Dated: February 18, 2025